Steven A. Alpert, Bar No 159730
**Price Law Group, APC**
6345 Balboa Blvd., Suite 247
Encino, CA  91316
(818) 600-5555 Telephone
(818) 600-5420 Facsimile
alpert@pricelawgroup.com

Attorneys for Debtor

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>TABIA HARRIS DAVIS,<br><br>                Debtor. | Case No:  2:19-bk-24518-SK<br><br>Chapter 13<br><br>**DEBTOR'S OPPOSITION TO TRUSTEE'S MOTION TO DISMISS CHAPTER 13 CASE DUE TO DELINQUENT PLAN PAYMENTS PURSUANT TO §1307(c)(6) AND L.B.R. 3015-1(K)(1)**<br><br>Date: January 7, 2021<br>Time: 10:30 a.m.<br>Place: United States Bankruptcy Court<br>       255 E. Temple Street, #1575<br>       Los Angeles, CA  90012 |

**TO: THE HONORABLE SANDRA KLEIN, KATHY DOCKERY/ CHAPTER 13 TRUSTEE, AND ALL INTERESTED PARTIES:**

    **NOTICE IS HEREBY GIVEN** that the Debtor, Tabia Harris Davis ("Debtor") hereby files an OPPOSITION TO TRUSTEE'S MOTION TO DISMISS CHAPTER 13 CASE.

The Debtor will file a Motion to Modify Plan to cure the delinquency of his Chapter 13 Plan.

    **WHEREFORE,** Debtor prays for the following:

1. That the Court denies Trustee's Motion to Dismiss.

2. For such other relief as this Court deems appropriate.

Dated: November 23, 2020                                                   **PRICE LAW GROUP, APC**

                                                                                   **/s/ Steven A Alpert**_____
                                                                                   Steven A. Alpert, Esq.
                                                                                    Attorney for Debtor

## **DECLARATION OF STEVEN A. ALPERT**

I, Steven A. Alpert, hereby declare as follows:

1. I am an attorney in the law firm of Price Law Group, APC and I am licensed to practice law before this United States Bankruptcy Court.

2. I have personal knowledge of the facts hereinafter set forth, and if called as a witness, I could and would testify competently thereto.

3. This office was retained by Tabia Harris Davis ("Debtor"), the Debtor in these proceedings, for the purpose of filing a Chapter 13 bankruptcy.

4. The Debtor will file a Motion to Modify Plan to cure the delinquency of her Chapter 13 Plan on or before the above-listed hearing.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on November 23, 2020 at Encino, California.

**./s/ Steven A. Alpert**
Steven A. Alpert, Esq.
Attorney for Debtor

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
6345 Balboa Blvd, Suite 247, Encino, CA 91316.

A true and correct copy of the foregoing document entitled **DEBTOR'S OPPOSITION TO TRUSTEE'S MOTION TO DISMISS CHAPTER 13 CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)** – Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On November 23, 2020 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

ATTORNEY FOR DEBTOR: Steven A Alpert    enotice@pricelawgroup.com, alpert@pricelawgroup.com
ECF PARTY: Joseph C Delmotte    ecfcacb@aldridgepite.com, JCD@ecf.inforuptcy.com;jdelmotte@aldridgepite.com
CHAPTER 13 TRUSTEE: Kathy A Dockery (TR)    EFiling@LATrustee.com
U.S TRUSTEE: United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL:**
On November 23, 2020 I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

JUDGE
Hon. Sandra R. Klein
United States Bankruptcy Court - Central District of California
255 E. Temple Street, Suite 1582
Los Angeles, CA 90012

DEBTOR
Tabia Harris Davis
6 West Altadena Drive
Altadena, CA  91001

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ ,I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| November 23, 2020 | Laura Franklin | **/s/Laura Franklin** |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    **F 9013-3.1.PROOF.SERVICE**