Joseph C. Delmotte (CA SBN 259460)
jdelmotte@aldridgepite.com
**ALDRIDGE PITE, LLP**
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 590-1385

Attorneys for *Secured Creditor/Respondent,*
DEUTSCHE BANK NATIONAL TRUST COMPANY FOR THE BENEFIT OF THE CERTIFICATE HOLDERS OF NEW CENTURY HOME EQUITY LOAN TRUST, SERIES 2004-A ASSET BACKED PASS-THROUGH CERTIFICATES SERIES 2004-A

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| | |
|---|---|
| In re<br><br>TABIA HARRIS DAVIS,<br><br>Debtor. | Case No. 2:19-bk-24518-SK<br><br>Chapter 13<br><br>**CONDITIONAL NON-OPPOSITION TO DEBTOR'S MOTION FOR AUTHORITY TO SELL REAL PROPERTY UNDER LBR 3015-1(P)**<br><br><u>No Hearing Scheduled</u> |

*Secured Creditor/Respondent* Deutsche Bank National Trust Company for the Benefit of the Certificate Holders of New Century Home Equity Loan Trust, Series 2004-A Asset Backed Pass-Through Certificates Series 2004-A ("<u>Deutsche Bank, as Trustee</u>"), a secured creditor of the above-referenced bankruptcy estate, hereby submits this conditional non-opposition ("<u>Conditional Non Opposition</u>") to the Motion for Authority to Sell Real Property Under LBR 3015-1(p) ("<u>Motion to Sell</u>") filed by Tabia Harris Davis ("<u>Debtor</u>") based on the following:

/./././

/././

/././

/././

- 1 -    CASE NO. 2:19-bk-24518-SK
**CONDITIONAL NON-OPPOSITION TO DEBTOR'S MOTION TO SELL REAL PROPERTY**

## I. STATEMENT OF FACTS[1]

1. On June 8, 2004, Debtor executed a promissory note in the principal sum of $424,000.00 (the "Note"). The Note is indorsed and payable in blank. The Note is secured by a deed of trust (the "Deed of Trust") executed by Debtor and on the real property located at 6 West Altadena Drive, Altadena, California 91001 (the "Property"). The Deed of Trust reflects that it was duly recorded. Copies of the Note and Deed of Trust are attached to Deutsche Bank, as Trustee's proof of claim filed on the Court's claims register ("CCR") as claim number 4. The Note and Deed of Trust are referred to collectively herein after as the Subject Loan.

2. Bank of America N.A. ("Bank of America") is the servicing agent for the Subject Loan on behalf of Deutsche Bank, as Trustee.

3. On December 12, 2019, the Debtor filed a voluntary petition under Chapter 13 of the Bankruptcy Code in the United States Bankruptcy Court for the Central District of California, Los Angeles Division, and was assigned case number 2:19-bk-24518-SK.

4. On February 11, 2020, Deutsche Bank, as Trustee filed a proof of claim in Debtor's bankruptcy case regarding the Subject Loan reflecting a total secured claim in the amount of $508,148.93 and pre-petition arrears in the amount of $112,094.85. (See CCR, Claim No. 4).

5. On September 23, 2021, the Debtor filed the Motion to Sell wherein she requests authorization from the Court to sell the Property. Pursuant to the Motion to Sell, Debtor proposes to sell the Property for $975,000.00 and pay off Deutsche Bank, as Trustee's lien which is estimated to be in the amount of $479,528.17, from the proceeds of the sale (See Docket No. 62).

6. As of September 28, 2021, the approximate amount required to pay off Deutsche Bank, as Trustee's claim is $478,357.97.

---

[1] Pursuant to Rules 201(b) and 201(d) of the Federal Rules of Evidence, which are made applicable to this proceeding by Rule 9017 of the Federal Rules of Bankruptcy Procedure, Deutsche Bank, as Trustee requests that the Court take judicial notice of the documents and other records on file in the instant case including those documents attached in support of Deutsche Bank, as Trustee's proof of claim filed on the Court's claims register as claim number 4.

7. Debtor's counsel and/or the escrow company facilitating the sale shall contact the undersigned counsel for Deutsche Bank, as Trustee closer to the date of the proposed sale for an updated payoff on Deutsche Bank, as Trustee's claim.

## II. RESPONSE

Deutsche Bank, as Trustee has no opposition to the entry of an order allowing Debtor to sell the Property provided Deutsche Bank, as Trustee is paid in full at closing and is not being asked to accept less than the full amount it is owed and provided that:

a) A written payoff statement is obtained from Bank of America prior to closing;

b) Said payoff statement shall not have expired at the time of closing; and

c) Funds from the sale of the Property shall be remitted to Bank of America within 48 hours of the close of escrow.

Dated: October 7, 2021

ALDRIDGE PITE, LLP

/s/Joseph Delmotte

Joseph C. Delmotte
Attorneys for *Secured Creditor/Respondent,*
DEUTSCHE BANK NATIONAL TRUST COMPANY FOR THE BENEFIT OF THE CERTIFICATE HOLDERS OF NEW CENTURY HOME EQUITY LOAN TRUST, SERIES 2004-A ASSET BACKED PASS-THROUGH CERTIFICATES SERIES 2004-A

Case 2:19-bk-24518-SK    Doc 70    Filed 10/07/21    Entered 10/07/21 14:18:05    Desc
Main Document    Page 4 of 4

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

4375 Jutland Drive, Suite 200  P.O. Box 17933  San Diego, CA 92177-0933

A true and correct copy of the foregoing document entitled (*specify*): CONDITIONAL NON-OPPOSITION TO DEBTOR'S MOTION FOR AUTHORITY TO SELL REAL PROPERTY UNDER LBR 3015-1(P) will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) October 7, 2021, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

| U.S. TRUSTEE: | ATTORNEY FOR DEBTOR: | TRUSTEE: |
|---|---|---|
| ustpregion16.la.ecf@usdoj.gov | Steven A Alpert<br>ENotice@pricelawgroup.com | Kathy A Dockery (TR)<br>**EFiling@LATrustee.com** |

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) October 7, 2021, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| PRESIDING JUDGE: | DEBTOR: |
|---|---|
| Honorable Sandra R. Klein<br>U.S. Bankruptcy Court<br>Roybal Federal Building<br>255 East Temple Street, Room 1582<br>Los Angeles, CA  90012-3300 | Tabia Harris Davis<br>6 West Altadena Drive<br>Altadena, CA 91001 |

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| October 7, 2021 | Roberto Reyes | /s/ ROBERTO REYES |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**